

UNITED STATES POSTAL INSPECTION SERVICE

FORENSIC LABORATORY SERVICES                                        CURRICULUM VITAE

**NAME and CURRENT POSITION:**

Kenneth M. Lynch
Forensic Computer Analyst - DE
Forensic Laboratory Services
Digital Evidence Unit – Fort Worth
251 W Lancaster, 2nd Floor
Fort Worth, TX 76102-9701

**RELEVANT EMPLOYMENT HISTORY:**

| | |
|---|---|
| 2017 – Present | Forensic Computer Analyst<br>US Postal Inspection Service<br>Forensic Laboratory Service, Fort Worth, TX |
| 2016 – 2017 | Senior Forensic Examiner<br>Federal Bureau of Investigation<br>Baltimore, MD |
| 2009 – 2016 | IT Security Architect<br>Department of Veterans Affairs<br>Austin, TX |
| 2006 – 2009 | Information Systems Security Manager<br>Department of Homeland Security<br>Artesia, NM |
| 1998 – 2009 | IT Manager<br>Department of Homeland Security<br>St. Louis, MO |
| 1985 – 1998 | Computer Systems Technician<br>U.S. Air Force |

**EDUCATION:**

American Intercontinental University– BS, Information Technology, 2006
Air Force Community College – AAS, Information Systems, 1996

Lynch, Kenneth M.
Curriculum Vitae

**TRAINING:**

2022   Berla Vehicle Forensics Certification Training
2021   ISFCE CCE Certification Training
2020   AXIOM Training
2019   SANS 508 Windows Forensics and Incident Response
2018   Cryptocurrency
2017   Recon Apple Forensic Software
2017   XRY Mobile Forensic Software
2016   FBI CART File Systems Forensics
2016   Internet Evidence Finder Web Course
2016   CIA Forensic Science Forum
2016   Griffeye NETClean Forensics
2016   FBI CART Linux Command Line Forensics
2016   Access Data Web Artifacts
2016   Guidance Software EnCase Forensics 1 Web Course (Version 7)
2016   FBI CART Operating Systems Artifacts
2016   FBI CART Digital Extraction Technician Training
2016   FBI CART Digital Evidence Handling
2016   FBI CART Cellebrite Mobile Device Forensics
2013   CCNA Boot Camp
2012   VMware Administration

**COURTROOM EXPERIENCE:**

2017 - Moot Court

**PROFESSIONAL ORGANIZATIONS:**

2022 – Present       IAFCE - International Association of Forensic Computer Examiners
2017 - Present       SMU Cyber Security Advisory Board
2014 - Present       NTCC

**CERTIFICATIONS:**

2022   Certified Vehicle System Forensic Examiner (CVSE)
2022   Certified Computer Examiner (CCE)
2016   Access Data Certified Examiner (ACE)
2016   CompTIA A+
2016   CompTIA NET+
2015   Six Sigma White Belt
2015   Contracting Officers Representative (COR)

Lynch, Kenneth M.<br>Curriculum Vitae